IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MAURICE D. BELL,  )
 )
                Petitioner,  )
 )
v.  )    Case No. 24-3129-JWL
 )
WARDEN, FCI-Leavenworth,  )
 )
                Respondent.  )
 )
_____)

**MEMORANDUM AND ORDER
AND
ORDER TO SHOW CAUSE**

    Petitioner has filed *pro se* a petition for habeas corpus pursuant to 28 U.S.C. § 2241. As his sole basis for release, petitioner appears to claim that he has been improperly deprived of good-time credits.

    As a preliminary matter, the Court notes that petitioner has also requested awards of damages. Damages are not available in a habeas proceeding under Section 2241, *see Preiser v. Rodriguez*, 411 U.S. 475, 494 (1973), and the Court thus dismisses any such claim in the petition.

    In addition, petitioner has not paid the filing fee of $5.00, nor has he filed a motion to proceed without payment of the fee. Petitioner shall correct that deficiency by **September 2, 2024**, or this matter may be dismissed without prejudice and without further

notice.  The Clerk of Court is directed to forward the applicable forms and information to petitioner.

With respect to his loss of credits against his sentence, the Court has determined that an expedited response is appropriate in light of petitioner's allegation that he should already have been released.

IT IS THEREFFORE ORDERED BY THE COURT THAT respondent is required to show cause on or before **August 22, 2024**, why the writ should not be granted; and that petitioner is granted until **September 12, 2024**, to file a traverse thereto, admitting or denying under oath all factual allegations contained in the response.  Copies of this Order shall be transmitted to the parties and to the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 1st day of August, 2024, in Kansas City, Kansas.

    /s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge